AUGUST 1, 2012

No. 11–11114. DUPREE *v.* UNITED STATES. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.

AUGUST 7, 2012

No. 12–5349 (12A128). WILSON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

AUGUST 8, 2012

No. 12–5585 (12A123). COOK *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

AUGUST 13, 2012

No. 11A857. REWANWAR *v.* WISCONSIN SUPREME COURT ET AL. C. A. 7th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. 11A900. JOHNSON *v.* MISSISSIPPI. Application for certificate of appealability, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.

No. 11A952 (11–10740). HOLSTON *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for bail, addressed to JUSTICE KAGAN and referred to the Court, denied.